I applied for the Head Varsity Softball Coaching position at Grayson County High School. On January 11, 2018 I spoke with Grayson County High School Athletic Director Zack Hill. He informed me that I did not get the coaching position. The position was given to a female, who to the best of my knowledge had no coaching experience. I asked him why and he stated, the decision was over his head.

On January 12, 2018 at approximately 3:40 pm, I spoke with Grayson County Superintendent Kelly Wilmore over the phone. I asked him why someone with no coaching experience would get the job over me who has over twenty years coaching experience. He stated, one reason is they were looking for a female coach.

On January 15, 2018 at approximately 2:15 pm, I spoke with Grayson County Superintendent Kelly Wilmore in his office. He asked if I wanted to talk about softball and I said yes just a run down of why. He stated, "one thing as I told you over the phone, I think one thing was that a female coach they thought would be an excellent opportunity". He further stated, "I don't think it's anything against you, you can't help you're not a female, I think that it really seemed like that was one of the things." I later asked him, "why a female, because it's a female sport"? He replied, "I don't know, I guess that's just my guess is just trying to get a female coach". He also stated, "aspect of a female coach" when explaining why the choice was made.

On January 15, 2018 after meeting with Grayson County Superintendent Kelly Wilmore, I attended the Grayson County School Board meeting later that evening. I addressed the school board during public comments and informed them of the gender comments made by Mr. Wilmore. The board did not respond to my comments and approved Mr. Wilmore's choice for the coaching position.

I submitted my report of discrimination to the school board office and Compliance Officer Janice Linker on January 22, 2018. On February 7, 2018, I received a letter from Grayson County Superintendent Kelly Wilmore stating that there was no violation of the Equal Employment Opportunity/Non-discrimination Policy and no corrective action need be taken.

On February 13, 2018, I submitted my request for an appeal. The board heard my argument on March 5, 2018. On March 8, 2018, the board sent a letter stating my appeal was denied. However, in this letter the board admits that Grayson County Superintendent Kelly Wilmore made gender comments to me during the hiring process. But the board said in the letter that since his gender comments happened after the interview team had made their recommendation to Mr. Wilmore, it had no bearing on the recommendation to the board or vote of approval by the board. However, Mr. Wilmore's gender comments were made describing how the recommendation was made. Furthermore, according to Grayson County Human Resources Supervisor Janice Linker, the final decision on the recommendation is decided by Mr. Wilmore, not the interview team. Therefore, their reasoning for the gender comments, do not make sense to me.