CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 08 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 7:18CV545

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Grayson County High School__

was received by me on *(date)* __11-5-2018__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Mary Paisley Clerk of School Board__, who is designated by law to accept service of process on behalf of *(name of organization)* __Grayson County High School__ on *(date)* __11-6-2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __11-6-2018__

*Kevin L. Watson*
Server's signature

Kevin L. Watson
Printed name and title

7603 Carsonville Rd
Independence VA 24348
Server's address

Additional information regarding attempted service, etc: