December 29, 2018

**By U. S. Mail**

Clerk, U. S. DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

210 FRANKLIN RD., SW., SUITE 540

ROANOKE VA 24011

**Re:  Kevin L. Watson v. Grayson County High School, Case No. 7:18CV545**

To Whom It May Concern,

    Enclosed please find copies of the Reply Memorandum in Support of the Plaintiff's Opposition to Defendant's Motion to Dismiss filed today on behalf of Kevin L. Watson.

Sincerely,

*/s/ Kevin L. Watson* "pro se"

Kevin L. Watson, "pro se"