IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| KEVIN L. WATSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:18-cv-00545 |
| | ) | |
| GRAYSON COUNTY SCHOOL BOARD, | ) | By: Elizabeth K. Dillon |
| | ) | United States District Judge |
| Defendant. | ) | |

**ORDER OF REFERRAL TO MEDIATION**

Pursuant to Local Civil Rule 83, it is hereby **ORDERED** that this case is **REFERRED** to the Honorable Robert S. Ballou, United States Magistrate Judge, for the purpose of mediation. The parties may contact Judge Ballou's chambers to schedule the mediation.   The parties are further advised that any information provided during the mediation proceeding shall be treated as confidential and shall not be shared with any other officer of the Court.

The Clerk is directed to transmit copies of this Order to all counsel of record, Mr. Watson, and to Judge Ballou.

Entered: August 28, 2020.

*/s/ Elizabeth K. Dillon*

Elizabeth K. Dillon
United States District Judge